PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAHLANI COLEMAN,<br><br>Defendant. | Case No. 6:23-mj-00027-HBK<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss this case, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The parties have entered into a deferred prosecution agreement to resolve this matter. The parties further request that the warrant in this matter be recalled and the defendant herein be released from custody forthwith.

DATED: November 26, 2024                                  Respectfully submitted,

                                                          PHILLIP A. TALBERT
                                                          United States Attorney

                                            By:    /s/ *Jeffrey A. Spivak*
                                                   JEFFREY A. SPIVAK
                                                   Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed, without prejudice, in the interest of justice. IT IS FURTHER ORDERED that the warrant in this matter be recalled, and the defendant herein be released from custody forthwith.

IT IS SO ORDERED.

Dated: __**November 27, 2024**__                  _____/s/ *Sheila K. Oberto*_____
                                                                                      UNITED STATES MAGISTRATE JUDGE